# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DARREL PICKETT,**

       **Plaintiff,**

**v.**                         **Case No: 6:16-cv-1765-Orl-40KRS**

**NELNET, INC.,**

       **Defendant.**

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 17) filed March 8, 2017. The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam). The Clerk of Court is **DIRECTED** to terminate all pending motions and close the file.

**DATED** in Orlando, Florida, this 9th day of March 2017.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party